E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
PAUL SACHELARI, CSBN 230082
Special Assistant United States Attorney
  Social Security Administration
  Office of Program Litigation, Office 7
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4853
  Email: paul.sachelari@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DESIREE BOUCHE CABRAL,<br><br>  Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant. | No. 2:23-cv-05682-AGR<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF REMAND** |

  The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

///

proceedings consistent with the Stipulation of Remand.

DATED:  February 5, 2024

HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE