UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE BOUCHE CABRAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:23-cv-05682-AGR<br><br>~~(PROPOSED)~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　IT IS ORDERED that fees and expenses in the amount of $6,050.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:　April 23, 2024

　　　　　　　　　　　　　　　*Alicia G. Rosenberg*
　　　　　　　　　　　　　　　THE HONORABLE ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |     /s/ *Denise Bourgeois Haley*
4 | BY: _____
    |     Denise Bourgeois Haley
5 |     Attorney for plaintiff Desiree Bouche Cabral

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26